UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MCKINLEY PIERCE ATKINS,

    Plaintiff,

  v.

E. ROCHA, et al.,

    Defendants.

Case No. 1:20-cv-00193-JLT (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS

Plaintiff has not paid the $400.00 filing fee or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS that, **within 45 days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* or to pay the $400.00 filing fee for this action. No requests for an extension will be granted without a showing of good cause. **Failure to comply will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __**February 10, 2020**__            __**/s/ Jennifer L. Thurston**__
                                                                     UNITED STATES MAGISTRATE JUDGE