# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKINLEY PIERCE ATKINS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>E. RIOS, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-00193-NONE-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF MCKINLEY PIERCE ATKINS, CDCR NO. V92308**<br><br>DATE:  DECEMBER 14, 2021<br>TIME:   10:00 A.M. |

McKinley Pierce Atkins, CDCR # V92308, a necessary participant in a settlement conference on DECEMBER 14, 2021, is confined at the Substance Abuse Treatment Facility and State Prison in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Jennifer L. Thurston, U.S. District Court, Eastern District of California, by Zoom videoconference on DECEMBER 14, 2021, at 10:00 A.M.

## ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Magistrate Judge Jennifer L. Thurston on the date and time above, until completion of the conference or as ordered by the court. Zoom videoconference connection information will be provided to defendants' counsel.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Substance Abuse Treatment Facility and State Prison**

**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

　Dated:   **November 28, 2021**　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE